| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE ||
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,[1]<br><br>                                Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| TRIBUNE COMPANY AND TRIBUNE 365, LLC,<br>                                Plaintiffs,<br>v.<br><br>TERRY JIMENEZ,<br>                                Defendant. | Adv. Pro. No. 10-55744 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE**, that on or about December 4, 2010, the previously appointed Creditors Committee[2] in the administratively consolidated chapter 11 cases pending in this Court for Tribune Company ("Tribune") and the other debtors and debtors in possession (each a "Reorganized Debtor," and collectively the "Reorganized Debtors") filed a complaint commencing the instant adversary proceeding (the "Adversary Proceeding") against Terry Jimenez, seeking the avoidance and recovery of transfer(s) in the amount of $366,940.30; and

**PLEASE TAKE FURTHER NOTICE**, that no answer or motion for summary judgment has been filed in this Adversary Proceeding; and

**PLEASE TAKE FURTHER NOTICE**, that on January 23, 2013, the Court entered an Order [Docket No. 13099] (the "Substitution Order"), approving the Debtors' Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (as Modified July 19, 2012), [Docket No. 12072].

LA1 2644346v.2

Evidence this Substitution [Docket No. 12922], and that pursuant to the Substitution Order, Tribune and Tribune 365, LLC were substituted as the plaintiffs (the "Reorganized Debtor Plaintiffs") for the Creditors Committee in this Adversary Proceeding; and

**PLEASE TAKE FURTHER NOTICE**, the Reorganized Debtor Plaintiffs hereby dismiss this Adversary Proceeding with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as incorporated by Federal Bankruptcy Rule 7041.

Dated: Wilmington, Delaware
January 28, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTOR PLAINTIFFS